IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RACHAEL COLLIER and TOTAL EMPLOYEE BENEFITS, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>SYNERGY CORPORATE SERVICES, INC.,<br><br>  Defendant. | Civil Action No.<br><br>1:21-cv-00649-SDG-JCF<br><br>JURY TRIAL DEMANDED |
| SYNERGY CORPORATE SERVICES, INC., and SYNERGY BENEFITS & WELLNESS, LLC,<br><br>  Counterclaim-Plaintiffs,<br><br>v.<br><br>RACHAEL COLLIER, TINA MACEY, TOTAL EMPLOYEE BENEFITS, LLC, AND JOHN/JANE DOE NOS. 1-10,<br><br>  Counterclaim-Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served *PLAINTIFFS/COUNTERCLAIM-DEFENDANTS RACHAEL COLLIER, TOTAL EMPLOYEE BENEFITS, LLC, AND TINA LACEY'S MOTION FOR SANCTIONS PURSUANT TO RULE 11 AND 28 U.S.C. § 1927,* typed in Times New Roman 14 pt. type, on the following counsel of record via electronic mail:

Matthew Friedlander
Matthew.Friedlander@hklaw.com

Allen Maines
Allen.Maines@hklaw.com

Respectfully submitted this 15th day of June, 2021.

**BARRETT & FARAHANY**

/s/ *Matthew C. Billips*
Matthew C. Billips
Georgia Bar No. 057110
