IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RACHAEL COLLIER and TOTAL EMPLOYEE BENEFITS, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>SYNERGY CORPORATE SERVICES, INC.,<br><br>  Defendant. | CIVIL ACTION FILE<br>NO. 1:21-cv-00649-SDG-RGV |
| SYNERGY CORPORATE SERVICES, INC. and SYNERGY BENEFITS & WELLNESS, LLC,<br><br>  Counterclaim-Plaintiffs,<br><br>v.<br><br>RACHAEL COLLIER, TINA MACEY, TOTAL EMPLOYEE BENEFITS, LLC,<br><br>  Counterclaim-Defendants. | |

**NOTICE OF WITHDRAWAL BY TRAVIS M. CASHBAUGH AS COUNSEL FOR DEFENDANT**

Please take notice that Travis M. Cashbaugh hereby withdraws his appearance as an attorney of record for Rachael Collier ("Collier"), Tina Macey ("Macey") and Total Employee Benefits, LLC ("TEB") ("TEB", "Collier, " and Macey" are

collectively referred to as "Counterclaim-Defendants"). Mr. Cashbaugh is no longer with the firm Freeman Mathis & Gary, LLP. Counterclaim-Defendants will continue to be represented by Jill R. Dunn of Freeman Mathis & Gary, LLP. Mr. Cashbaugh requests that his name be removed from all service lists in this action.

This 22nd day of August, 2022.

**FREEMAN MATHIS & GARY, LLP**

/s/ Travis M. Cashbaugh
Jill R. Dunn
Georgia Bar No. 602155
Travis M. Cashbaugh
Georgia Bar No. 380162

*Attorneys for Counterclaim-Defendants Rachael Collier, Tina Macey and Total Employee Benefits, LLC*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960
jdunn@fmglaw.com
tcashbaugh@fmglaw.com

## **CERTIFICATE OF COMPLIANCE**

I certify that I have prepared this document in Times New Roman, 14-point font, and that this document otherwise complies with Local Rule 5.1(C).

This 22nd day of August, 2022.

> */s/ Travis M. Cashbaugh*
> TRAVIS M. CASHBAUGH
> Georgia Bar No. 380162

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF WITHDRAWAL** to the Clerk of Court using the *CM/ECF* system which will automatically send electronic mail notification of such filing and service to all counsel of record.

This 22nd day of August, 2022.

*/s/ Travis M. Cashbaugh*
TRAVIS M. CASHBAUGH
Georgia Bar No. 380162

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960